# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>ANDREW JOHN JEMMETT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | 2:20-mj-271-VCF<br><br>Case No.<br>20-mj-00093-E-CWD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2019__ in the county of __Bannock__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a Minor Child |

This criminal complaint is based on these facts:

On or between April 8, 2019, in the District of Idaho, the defendant, ANDREW JOHN JEMMETT, did knowingly employ, use, persuade, induce, entice, and coerce a minor child to-wit: a male known to him and born in 2010, referred to herein as "John Doe I," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

☑ Continued on the attached sheet.

*Complainant's signature*

Kris Knight, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by being subscribed electronically and sworn
to telephonically, Boise to Pocatello, Idaho.

Date: 4/1/2020

*Judge's signature*

City and state: Boise, Idaho

Candy W. Dale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kris Knight, being duly sworn do hereby depose and state as follows:

I am a Special Agent of the Department of Homeland Security (DHS). I am currently assigned to the Homeland Security Investigations (HSI) office in Idaho Falls, Idaho.

I am familiar with the information contained in this affidavit based both upon the investigation I have conducted and based on my conversations with other law enforcement officers involved in this investigation.

This affidavit is filed to establish probable cause for the following crime charged in the complaint.

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On January 7, 2020, Andrew JEMMETT was arrested by the Las Vegas Metropolitan Police Department (LVMPD) in Las Vegas, Nevada for possession of child pornography. According to LVMPD reports, JEMMETT was found with child pornography on his cell phone. The LVMPD investigation revealed that JEMMETT produced the child pornography found on his phone while previously living in Idaho. LVMPD, with assistance from the Pocatello Police Department (PPD), was able to identify the child, hereinafter CV-1. Detectives from the Pocatello Police Department were able to identify CV-1 as an eight-year-old, prepubescent, male child known to JEMMETT. Pocatello Police Detectives were also able to identify the location of the rape as a bathroom at Idaho State University. The information was referred to the Homeland Security Investigations (HSI) in Idaho Falls for investigation based upon jurisdictional issues.

As part of the investigation, I reviewed the Las Vegas police reports. The reports indicate that JEMMETT was interviewed by LVMPD officers and made admissions regarding the

1 /RIL

possession of child pornography. During the interview, JEMMETT admitted to producing a sexual video with CV-1. JEMMETT told LVMPD detectives that he had placed his penis in CV-1's mouth and denied ever penetrating CV-1's anus.

I reviewed videos and conversations recovered from JEMMET's Snapchat account. Snapchat is an online application that allows users to exchange images, videos, and messages via the internet. The Snapchat conversations indicate JEMMETT shared the video with at least one other person. HSI Idaho Falls is working to identify the individual. JEMMETT and the unidentified Snapchat user had multiple conversations about filming and distributing the rape of CV-1. The unidentified Snapchat user agreed to pay JEMMETT and CV-1 $150 for making the video. After making the video, the unidentified user asked JEMMETT what he liked about making the video. JEMMETT responded, "Fuckin his ass."

The video shows JEMMETT anally and orally raping a prepubescent, nude, male child identified as CV-1. I was able to identify JEMMETT because his face is shown in the mirror during portions of the rape. This matches other known images of JEMMETT. JEMMETT is shown handling the camera and directing the child on how to pose and what actions to take.

FURTHER AFFIANT SAYETH NAUGHT

_____
Kris Knight, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 1st day of April, 2020

_____
Candy Dale
United States Magistrate Judge

2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>ANDREW JOHN JEMMETT<br><br>*Defendant* | )<br>)<br>)   Case No.  20-mj-00093-E-CWD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Andrew John Jemmett                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

   A violation of 18 U.S.C. 2251(a) and (e),  Sexual Exploitation of a Minor Child

Date:  04/01/2020

*Issuing officer's signature*

City and state:  Boise, Idaho

Honorable Candy W. Dale, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

   This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                    Weight: 

Sex:                                       Race: 

Hair:                                      Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: